AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:04CR00075-003 | Judgment - Page 2 of 6 |
| DEFENDANT: | DINA GRACE NAUI CALEDA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) MONTHS .

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at 1 o'clock and 35 min. P M
SUE BEITIA, CLERK

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      FDC Honolulu.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [✔] before 10:00 a.m. on 1/5/06 .
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  1-6-06  to  FDC Honolulu
at  Honolulu, HI , with a certified copy of this judgment.

John T. Rathman
WARDEN   ~~UNITED STATES MARSHAL~~

By  W. Tsai
    LJE   ~~Deputy U.S. Marshal~~