HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
Facsimile No. (808) 531-4747
E-mail:
howardchang.crimtaxatty@verizon.net

Attorney for Defendant
DINA GRACE NAUI CALEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>DINA GRACE NAUI CALEDA,         (03)<br><br>            Defendant. | CR. NO. CR04-00075 (03) SOM<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

ALAN G. WARNER, counsel for Defendant DINA GRACE NAUI CALEDA hereby withdraws as counsel for said Defendant.

HOWARD T. CHANG substitutes as counsel for said Defendant.

(CERTIFICATE OF SERVICE ATTACHED)

DATED: Honolulu, Hawaii, JUL - 6 2006.

_____
ALAN G. WARNER

_____
HOWARD T. CHANG

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served on the person(s) named below, in the manner described thereto, at their last known address on _____JUL - 6 2006_____:

                                       <u>U.S. Mail</u>        <u>Hand Deliver</u>

LESLIE E. OSBORNE, ESQ.                       X
Asst. U.S. Attorney
6-100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, _____JUL - 6 2006_____.

_____
HOWARD T. CHANG
Attorney for Defendant
DINA GRACE NAUI CALEDA

062306
llt-1.'06\B060225.lx.wpd        3