IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 04-00075SOM-03 |
| ) | |
| DINA GRACE NAUI CALEDA ) | |
| ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2008

at 7 o'clock and 35 min. A.M.
SUE BEITIA, CLERK

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that she be permitted to leave the jurisdiction of the United States and travel to the Republic of the Philippines, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 7/24/2008 through on or about 8/7/2008.

Dated: July 10, 2008, at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
U.S. District Judge